UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOHANNA SOCORRO,

                Plaintiff,                    **ECF CASE**

      -against-                      Docket No. 08-CV-0134 (LBS)(HBP)

                                    **NOTICE OF APPEARANCE**

CITY OF NEW YORK, et al.

                Defendants.
-------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York, and requests that all future papers in this action be served upon the undersigned at the address designated below.

Dated:  New York, New York
         January 17, 2008

                                MICHAEL A. CARDOZO
                                Corporation Counsel of
                                the City of New York
                                Attorney for defendant City of New York
                                100 Church Street
                                New York, New York 10007
                                (212) 442-0832
                                (212) 788-9776 (fax)

                                By:   s/ Hugh A. Zuber \_\_\_\_ \_\_ .
                                     Hugh A. Zuber (HZ 4935)
                                     Assistant Corporation Counsel
                                     Special Federal Litigation Division

TO: The Clerk of the Court (By ECF)
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

CC: Richard C. Southard, Esq. (By ECF)
115 Broadway, Suite 1703
New York, New York 10006