```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOHANNA SOCCORO,                          :
                                          :       ORDER
                                          :
                         Plaintiff,       :       08 Civ 134 (LBS)
     v.                                   :
                                          :
THE CITY OF NEW YORK, et al.,             :
                                          :
                         Defendants.      :
------------------------------------------------------------x
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 6/11/08

SAND, J.

You are hereby ordered to release all documents relevant to the identity of the officers involved in the incident that is the subject of this lawsuit to plaintiff's attorney within twenty (20) days.

Failure to comply with this order will put you in contempt of court.

SO ORDERED.

Dated: New York, NY
       June 11, 2008

_____
U.S.D.J.